**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 6, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00069-CV

---

## BRILLIANT EARTH, LLC, Appellant

## V.

## ACADEMY, LTD. D/B/A ACADEMY SPORTS & OUTDOORS, Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-73370**

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 15, 2023. On June 21, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.